UNITED STATES of America, Plaintiff–Appellee

v.

Yago FOUNTAIN, Defendant–Appellant.

No. 08–30509
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 18, 2009.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Betty Lee Marak, Federal Public Defender's Office, Western District of Louisiana, Shreveport, LA, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and PRADO, Circuit Judges.

---

PER CURIAM: *

The Federal Public Defender appointed to represent Yago Fountain in the appeal of the denial of his motion to modify his sentence has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Fountain has filed a response. Our independent review of the record, counsel's brief, and Fountain's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.